BARRY J. PORTMAN
Federal Public Defender
DAVID W. FERMINO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant DELAINUKUNAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> LEMEKI DELAINUKUNAWA, <br> Defendant. | No. CR 05-00243 WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |

  Defendant Lemeki Delainukunawa, by and through his counsel of record, Assistant Federal Public Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel of record, Assistant United States Attorney Tracie Brown, stipulate as follows:

  (1) By this stipulation, the parties jointly move to continue this matter from October 4, 2005 to November 15, 2005.  The additional time is needed due to difficulties in securing and scheduling a Fijian interpreter.

1    (2) Counsel for the government does not object to the request for a continuance of the date set for sentencing.

3    (3) Probation Officer Connie Cook does not object to the request for a continuance of date set for sentencing.

5    (4) The parties agree that the date for the sentencing hearing should be continued from October 4, 2005 to November 15, 2005.

**IT IS SO STIPULATED:**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: August 22, 2005                       _____/S/_____
                                             DAVID W. FERMINO
                                             Assistant Federal Public Defender

DATED: August 22, 2005                       _____/S/_____
                                             TRACIE BROWN
                                             Assistant United States Attorney

ORDER

For good cause shown, IT IS HEREBY ORDERED that counsel's request for a continuance of the sentencing hearing in the above referenced case be continued from October 4, 2005 to November 15, 2005.

**IT IS SO ORDERED**

DATED:    August 25, 2005

_____
WILLIAM ALSUP
United States District Judge

*IT IS SO ORDERED — Judge William Alsup* (seal: United States District Court, Northern District of California)

- 2 -